UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 5 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, DAVID COTA JR. and ROBERT GRACIA, Special Agents of the United States Customs Service,<br>　　　　Petitioners,<br><br>vs.<br><br>EDUARDO DURAN GARCIA,<br>　　d/b/a ALADAN CORPORATION,<br>　　　　Respondent. | MISCELLANEOUS NO. B-01-021 |

### PETITION TO ENFORCE
### UNITED STATES CUSTOMS SERVICE ADMINISTRATIVE SUBPOENA

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, and United States Customs Service Special Agents David Cota, Jr. and Robert Gracia, Petitioners, through Gregory A. Serres, United States Attorney for the Southern District of Texas, request this Court to enter an order enforcing an administrative Subpoena issued to Eduardo Duran Garcia. In support thereof, the Petitioners would show the following:

### JURISDICTION

1.   This Court has subject matter jurisdiction under authority of 19 U.S.C. §§1510(a), 28 U.S.C. §§1331, 1345, and 1346.

### VENUE

2.   Venue is proper in the Southern District of Texas because Respondent, Eduardo Duran Garcia, resides in, or can be found in, the Southern District of Texas.

### PARTIES

3.   Petitioners are the United States of America and United States Customs Service Special Agents, Robert Gracia and David Cota.

4.   Respondent Eduardo Duran Garcia, doing business as Aladan Corporation, is located at 3543 East 14th Street, Suite C, Brownsville, Texas 78520.

## ENFORCEMENT ACTION BACKGROUND

5. The United States Customs Service is conducting an investigation into a Shipper's Export Declaration dated April 3, 2001, which was presented by the Respondent herein to the United States Customs Service. This Shipper's Export Declaration advised that the Respondent exported a quantity of Latex gloves that originated from the United States. However, the United States Customs Service received information indicating that the United States was not the country of origin. If true, the exportation of these items would be a violation of United States customs laws. See, Exhibit "1" which is the Declaration of Special Agent David Cota.

6. Special Agent David Cota, who is conducting the investigation, caused to have issued and served a Customs Export Subpoena (Subpoena) seeking the production of business records and documents relating the the exportation of the latex gloves reflected in the April 3, 2001, Shipper's Export Declaration.[1]

7. As allowed under 50 U.S.C. 2411(a) and 15 C.F.R. 762.7, a subpoena was issued for these business records requiring a response no later than May 10, 2001; Respondent, through his attorney, advised that he would not comply with the subpoena's demand citing to his Fifth Amendment rights under the United States Constitution.

## RESPONDENT SHOULD BE COMPELLED TO COMPLY

8. The general test for enforcement of an administrative summons is enunciated in *United States v. Powell*, 379 U.S. 48 (1964) which involved an Internal Revenue Summons. This test applies in the Customs context as well. *United States v. Frowein*, 727 F.2d 227, 230 (2nd Cir. 1984) (acquiescing in a district court's application of Powell to a Customs case; affirming order to comply with summons).

---

[1] Note that Resident Agent in Charge of the Brownsville United States Customs Service, Robert Gracia, is listed as the issuing officer.

2

9. Under *Powell*, the government must establish four elements: (1) there must be a legitimate purpose of the investigation; (2) the specific injury must be relevant to that purpose; (3) the information sought must not already be in the government's possession; and (4) all internal administrative procedures must have been followed. 379 U.S. at 57-58. Once the government has met its burden on each of the four elements, the burden shifts to the defendant to challenge the summons on any appropriate ground. *Id.*

10. In the case at bar, the subpoena was issued for the legitimate purpose of investigating Respondent for possible false claims, offenses and violations of the customs laws.

11. In addition, the information sought by the subpoena is relevant to the investigation described above because Respondent is believed to have prepared and/or submitted false information the April 3, 2001, Shipper's Export Declaration in violation of the customs laws of the United States.

12. The information sought by the subpoena at issue herein is not within the possession of the United States Customs Service.

13. The United States Customs Service has followed all administrative procedures available to it to retrieve the information sought by the subpoena herein.

14. Title 15 C.F.R. Section 732.5, requires that the Respondent herein maintain his records for a period of no less than five years. Title 15 C.F. R. Section 762.7 requires the Respondent to make his records available for inspection to authorized personnel of the United States Customs Service.

15. Finally, the Respondent's claims of privilege against self incrimination does not excuse him from complying with the subpoena issued by the United States Customs Service. See 50 U.S.C. app. 2411(b)

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, the Petitioners respectfully pray that this Court enter an Order requiring Respondent to appear at a date and hour to be determined by the Court to show cause why he should not be directed by the Court to comply with the subpoena; and after notice and hearing, enter an Order requiring Respondent to immediately provide copies of and access to the requested business records.

Petitioners further pray that the Court authorize any United States Marshal, or a representative of the United States Customs Service, to serve a copy of this Petition and the Order to Show Cause to Respondent.

Respectfully submitted,

GREGORY A. SERRES
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 E. Harrison St. #201
Brownsville, Texas 78520
(956) 548-2554/FAX (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

4

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Special Agents ROBERT GRACIA and DAVID COTA, <br><br> Petitioners, <br><br> v. <br><br> EDUARDO DURAN GARCIA, <br> Respondent. | CIVIL ACTION NO. B-01-021 |

## DECLARATION OF SPECIAL AGENT DAVID COTA
## PURSUANT TO 28 U.S.C. §1746

United States Customs Service Senior Special Agent, David Cota, a petitioner herein, pursuant to 28 U.S.C. §1746, declares as follows:

1. I am a duly commissioned Senior Special Agent employed by the United States Customs Service at 1800 Paredes Line Road, Brownsville, TX 78521.

2. In my capacity as a Senior Special Agent, I am conducting an investigation into Shipper's Export Declaration dated April 3, 2001, which was presented by exporter Eduardo Duran Garcia to the United States Customs Service. This Shipper's Export Declaration indicates that Eduardo Duran Garcia exported a quantity of Latex gloves that originated from the United States. However, information was received that indicates that the United States was not the country of origin and its exportation indicating its country of origin as being the United States would be a violation of the customs laws of the United States.

3. In an effort to determine whether this exportation of latex gloves was performed in conformance with the Export Administration Act, 50 U.S.C. 2411 et seq., I caused to have issued and served a Customs Export Subpoena seeking the production of business records and documents relating to the exportation of the latex gloves reflected in the April 3, 2001, Shipper's Export Declaration.

GOVERNMENT EXHIBIT "1"

4. This subpoena directed Eduardo Duran Garcia to produce the records and documents to me on May 10, 2001, at 2:00 p.m. at my office located in Brownsville, Texas. A true and correct copy of that summons is attached hereto.

5. This subpoena was served via registered mail upon Eduardo Duran Garcia on May 7, 2001.

6. Eduardo Duran Garcia did not produce the documents and records requested. On or about May 10, 2001, I received a letter from attorney Alberto Garcia advising that Eduardo Duran Garcia was asserting his Fifth Amendment Rights and was refusing to provide the documents sought in the subpoena.

7. The documents and records are not in the possession of the United States Customs Service.

8. It is necessary to obtain the business records and documents sought by the subpoena in order to fully investigate the potential violations of customs laws.

9. As of dates that the subpoena was issued and served, and as of the day I requested that this action for enforcement be commenced, there was no Department of Justice referral with respect to Eduardo Duran Garcia. Furthermore, to this date, no such referral has been made.

I declare under penalties of perjury that the foregoing is true and correct.

EXECUTED on this the 16 day of July, 2001.

_____
DAVID COTA
Senior Special Agent, United States Customs Service

# CUSTOMS EXPORT ENFORCEMENT SUBPOENA

| 1 TO (Name, Address, City, State, Zip) | DEPARTMENT OF THE TREASURY UNITED STATES CUSTOMS SERVICE |
|---|---|
| EDUARDO D. GARCIA<br>1293 SQUAW VALLEY #B<br>BROWNSVILLE, TX 78520-9255 | **SUBPOENA**<br><br>TO APPEAR AND/OR PRODUCE RECORDS<br>BV06FR01BV0002 |

By the service of this subpoena upon you, YOU ARE HEREBY SUMMONED AND REQUIRED TO:

(A) ☐ APPEAR before the Customs officer named in Block 2 below at the place, date, and time indicated to testify and give information.

(B) ☒ PRODUCE the records (including statements, declarations, and other documents) indicated in Block 3 below, before the Customs officer named in Block 2 at the place, date, and time indicated.

Your testimony and/or the production of the indicated records is required in connection with an investigation or inquiry to insure compliance with: 1) the Export Administration Act of 1979, as amended; 2) the Arms Export Control Act; and/or 3) _____ ; and to determine liability for any penalty, forfeiture, or other sanction arising thereunder.

Failure to comply with this subpoena will render you liable to proceedings in a U.S. District Court to enforce compliance with this subpoena as well as other sanctions.

| 2 (A) NAME, TITLE, ADDRESS, AND TELEPHONE NUMBER OF CUSTOMS OFFICER BEFORE WHOM YOU ARE TO APPEAR | (B) DATE |
|---|---|
| Senior Special Agent David Cota Jr.<br>1800 Paredes Line Road<br>Brownsville, TX 78521<br>(956) 542-7831 x 142 | 05/10/2001 |
|  | (C) TIME |
|  | 1400/2:00 PM |

3 RECORDS REQUIRED TO BE PRODUCED FOR INSPECTION

All records involving an export to Mexico and Shipper's Export Declaration (attached) presented on April 3, 2001, involving Latex Gloves. In addition, any records involving AL Corporation or associates related to this shipment. In addition, all records relating to the purchase of the Latex Gloves.

Issued under authority of: section 12(a) of the Export Administration of 1979, as amended, 50 USC, App. 2411(a)(1); the Arms Export Control Act, 22 USC 2778(e); or _____ .

| 4 NAME OF PERSON AUTHORIZED TO SERVE SUBPOENA:<br>*[signature]*<br>or any other Customs officer. | 5 DATE OF ISSUE<br>May 1, 2001<br>COMMISSIONER OF CUSTOMS<br>BY (Signature): *[signature]* |
|---|---|
| If you have any questions regarding this subpoena, contact the Customs officer identified in Block 2. | 6 NAME, TITLE, ADDRESS, AND TELEPHONE NUMBER OF PERSON ISSUING THIS SUBPOENA<br>Robert Gracia<br>Resident Agent in Charge<br>1800 Paredes Line Road<br>Brownsville, Texas 78521 |

Customs Form 337 (04)

| SENDER: | I also wish to receive the following services (for an extra fee): |
|---|---|
| ■ Complete items 1 and/or 2 for additional services.<br>■ Complete items 3, 4a, and 4b.<br>■ Print your name and address on the reverse of this form so that we can return this card to you.<br>■ Attach this form to the front of the mailpiece, or on the back if space does not permit.<br>■ Write "Return Receipt Requested" on the mailpiece below the article number.<br>■ The Return Receipt will show to whom the article was delivered and the date delivered. | 1. ☐ Addressee's Address<br>2. ☐ Restricted Delivery<br>Consult postmaster for fee. |

| 3. Article Addressed to: | 4a. Article Number |
|---|---|
| EDUARDO D GARCIA<br>1293 SQUAW VALLEY #B<br>BROWNSVILLE, TX<br>78520-9855 | RR 857 216 862 US |
| | 4b. Service Type |
| | ☒ Registered    ☐ Certified<br>☐ Express Mail    ☐ Insured<br>☐ Return Receipt for Merchandise  ☐ COD |
| *Eduardo D Garcia* | 7. Date of Delivery<br>5-7-01 |
| 5. Received By: (Print Name) | 8. Addressee's Address (Only if requested and fee is paid) |
| 6. Signature: (Addressee or Agent)<br>X | |

PS Form 3811, December 1994          Domestic Return Receipt

is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

04/03/01  14:33  ☎210 544 6999     ANGELO INTL                                          ☐001

DEPT OF COMMERCE - BUREAU OF THE CENSUS - INTERNATIONAL TRADE ADMINISTRATION

## SHIPPER'S EXPORT DECLARATION

FORM 7525-V (1-88)                                                                OMB No. 0607-0018

**1. EXPORTER** (Name and address including ZIP code)
ALDAN CORPORATION
4715 PEACHTREE CORNERS CIRCLE
NORCROSS, GA 30092

**2. DATE OF EXPORTATION**
03-Apr-01

**3. BILL OF LADING/AIR WAYBILL NO.**

**4. EXPORTER EIN (IRS) NO.**   **PARTIES TO TRANSACTION**
☐ Related    ☒ Non-related

**5. ULTIMATE CONSIGNEE**
PLATEX INTERNACIONAL SA DE CV
OLIVAR 66 COL ALFONSO XIII
MEXICO, DF MEXICO

**5a. INTERMEDIATE CONSIGNEE**

**5b. FORWARDING AGENT**
ANGELO INTERLOGISTICS
417 COUCH RD.
OLMITO, TX 78575

**6. STATE OF ORIGIN OR FTZ NO.**
TEXAS

**7. COUNTRY OF ULTIMATE DESTINATION**
MEXICO

**8. LOADING PIER (Vessel only)**   **9. MODE OF TRANSPORT**
OTHER

**10. EXPORTING CARRIER**
TRUCK 456

**11. PORT OF EXPORT**

**12. PORT OF UNLOADING**
TAMAULIPAS, MEX

**13. CONTAINERIZED (Vessel only)**
BROWNSVILLE, TX
XX

**14. SCHEDULE B DESCRIPTION OF COMMODITIES**
15. MARKS, NOS. AND KINDS OF PACKAGES (Use columns 17 - 19)

| D/F (16) | SCHEDULE B NUMBER (17) | CHK DIGIT SCHEDULE B UNITS (18) | QUANTITY SCHEDULE B UNITS (18) | SHIPPING WEIGHT (Kilos) (19) | VALUE (U.S. dollars, omit cents) (Selling price or cost if not sold) (20) |
|---|---|---|---|---|---|
| D | 4015199900 | | 2300 | 0.00KG / 0.00LB | 4485.00 |
| | LATEX GLOVES | | | | |

THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE WITH EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

**21. VALIDATED LICENSE NO./GENERAL LICENSE SYMBOL**   **22. ECCN (When required)**

23. Duly authorized officer or employee — The exporter authorizes the forwarder named above to act as forwarding agent for export control and customs purposes.

24. I certify that all statements made and all information contained herein are true and correct and that I have read and understand the instructions for preparation of this document, set forth in the "Correct Way to Fill Out the Shipper's Export Declaration." I understand that civil and criminal penalties, including forfeiture and sale, may be imposed for making false or fraudulent statements herein, failing to provide the requested information or for violation of U.S. laws on exportation (13 U.S.C. Sec. 305; 22 U.S.C. Sec. 401; 18 U.S.C. Sec. 1001; 50 U.S.C. App. 2410).

Signature

Title  MANAGER

Date  17-MAR-01

Confidential - Shipper's Export Declarations are exempt from public disclosure pursuant to 13 U.S.C. 301 (g)

Export shipments are subject to inspection by U.S. Customs Service and/or Office of Export Enforcement.

**25. AUTHENTICATION** (When required)

The "Correct Way to Fill Out the Shipper's Export Declaration" is available from the Bureau of the Census, Washington, D.C. 20233.

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Petition to Enforce Internal Revenue Service Summons was mailed via certified mail, return receipt requested to Eduardo Duran Garcia, doing business as Aladan Corporation, 3543 East 14th Street, Suite C, Brownsville, Texas 78520 on this the 5th day of September, 2001.

NANCY L. MASSO
Assistant U. S. Attorney

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA, DAVID COTA, JR. AND ROBERT GRACIA, SPECIAL AGENTS OF THE UNITED STATES CUSTOMS SERVICE | |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| EDUARDO DURAN GARCIA d/b/a ALADAN CORPORATION | Ptn to Enforce; Order to Show |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Eduardo Duran Garcia dba ALADAN CORPORATION

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3543 E. 14th St., Suite C
Brownsville, TX 78520

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Nancy L. Masso, Assistant U. S. Attorney
600 E. Harrison St. #201
Brownsville, TX 78520
(956) 548-2554

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PERSONAL HAND-DELIVER TO DEFENDANT AS NAMED ABOVE A COPY OF THE PETITION TO ENFORCE AND ORDER TO SHOW CAUSE.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
NANCY L. MASSO, AUSA
TELEPHONE NUMBER: 956-548-2554
DATE: 9/5/01

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80)