3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, DAVID COTA JR. and ROBERT GRACIA, Special Agents of the United States Customs Service, Petitioners, vs. EDUARDO DURAN GARCIA, d/b/a ALADAN CORPORATION, Respondent. | MISCELLANEOUS NO. B-01-J21 |

## ORDER TO SHOW CAUSE

The petition of the United States and United States Customs Service Special Agents David Cota, Jr. and Robert Gracia, having come before the Court on an *ex parte* motion for rule to show cause, and the Court being fully informed in the premises, it is hereby:

ORDERED that Eduardo Duran Garcia d/b/a Aladan Corporation appear before the United States District Court for the Southern District of Texas, on the 15th day of October, 2001 at 3:30 a.m./p.m. in the 3rd Floor of the United States Courthouse, 600 E. Harrison St., Brownsville, Texas to show cause why it should not be compelled to obey the United States Customs Service subpoena served upon it on May 7, 2001. It is further

ORDERED that a copy of this Order, together with the petition and exhibits attached thereto be served by the U. S. Marshal upon Eduardo Duran Garcia d/b/a Aladan Corporation, 3543 East 14th Street, Suite C, Brownsville, Texas 78520.

ORDERED that within seven (7) days of service of a copy of this Order and the petition and exhibits thereto, the respondent and/or Eduardo Duran Garcia d/b/a Aladan Corporation shall file and serve a written response to the petition supported by appropriate affidavit, as well as any motions the respondent desires to make. All motions and issues raised by the response and/or Eduardo Duran Garcia d/b/a Aladan Corporation will be considered upon the return date of this order. Only those issues raised by motion or brought into controversy by the responsive pleading and supported by affidavits will be

considered at the return of this Order and any uncontested allegations in the petition will be considered as admitted. It is further

ORDERED that if the respondent, Eduardo Duran Garcia d/b/a Aladan Corporation has no objections to compliance with the summons issued to it, respondent may, at least three (3) business days prior to the hearings scheduled above, notify the Clerk of this Court, in writing, with a copy to the United States Attorney for the Southern District of Texas, of that fact and respondent will not be required to respond or appear as ordered above.

DATED on this the 7 day of September, 2001 in Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE

cc:   U. S. Attorney
      Brownsville, Texas

      David Cota, Special Agent
      U. S. Customs Service
      Brownsville, Texas