# MISCELLANEOUS PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

④

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA, DAVID COTA, JR. AND ROBERT GRACIA, SPECIAL AGENTS OF THE UNITED STATES CUSTOMS SERVICE | 6-01 MC 021 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| EDUARDO DURAN GARCIA d/b/a ALADAN CORPORATION | Ptn to Enforce; Order to Show |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  Eduardo Duran Garcia dba ALADAN CORPORATION

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  3543 E. 14th St., Suite C
  BROWNSVILLE, TX 78520

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

  Nancy L. Masso, Assistant U. S. Attorney
  600 E. Harrison St. #201
  Brownsville, TX 78520
  (956) 548-2554

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PERSONAL HAND-DELIVER TO DEFENDANT AS NAMED ABOVE A COPY OF THE PETITION TO ENFORCE
AND ORDER TO SHOW CAUSE.

United States District Court
Southern District of Texas
FILED

SEP 19 2001

Michael N. Milby
Clerk of Court

Signature of Attorney or other Originator requesting service on behalf of:
NANCY L. MASSO, AUSA

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 956-548-2554
DATE: 9/5/01

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 | 079 | 079 | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
**Eduardo Duran Garcia**

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

847 E. Harrison (ALBERT GARCIA, ATTORNEY AT LAW OFFICE)
(SERVICE WAS MADE ON EDUARDO DURAN GARCIA.

| Date of Service | Time | |
|---|---|---|
| 9/14/01 | 1600 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | $10.35 | | 55.35 | | $ 55.35 | |

REMARKS: On September 7, 2001, Service was attempted at 3543 E. 14th, Suite C, in Brownsvil
Texas.  A company named Phone City was located at this address.  The owner, Reynald Segura state
that he knew Eduardo Duran Garcia but that Mr. Duran did not operate from this address.  Mr. Se
stated that Mr. Duran Garcia lived on Squaw Valley St. but did not know address.  He also said
Mr. Duran Garcia drove a black SUV possibly a Yukon.
PERSONAL SERVICE WAS MADE ON 9/14/01 AT 847 E. Harrison. (SUBJECT'S ATTORNEY OFFICE ADDRESS)

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|