IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, DAVID COTA, JR. and ROBERT GRACIA, Special Agents of the United States Customs Service,<br><br>Petitioners,<br><br>v.<br><br>EDUARDO DURAN GARCIA, d/b/a ALADAN CORPORATION,<br><br>Respondent. | §§§§§§§§§§§§§ MISC<br>CIVIL ACTION NO. B-01-021 |

United States District Court
Southern District of Texas
ENTERED
OCT 18 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

BE IT REMEMBERED that on October 15, 2001, the Court considered the filings, exhibits and testimony presented at the hearing to show cause why Respondent should not be compelled to obey the United States Customs Service subpoena. The Court, having found that the Respondent met his burden by producing credible uncontroverted evidence, in the form of his own testimony, that he does not possess or control documents sought by the government, hereby

**DENIES** the Petition to Enforce United States Customs Service Administrative Subpoena [Dkt. No. 1].

The Court also advised and admonished Respondent as to the penalties for misleading a tribunal.

DONE at Brownsville, Texas, this 17th day of October, 2001.

_____
Hilda G. Tagle
United States District Judge