UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 15 2001

Michael N. Milby, Clerk of Court

| UNITED STATES OF AMERICA, etc. vs. EDUARDO DURAN GARCIA, et al. | CIVIL ACTION Nº. MISC B-01-021 |
|---|---|

Court Room Deputy: Stella Cavazos

Court Reporter: Breck Record

WITNESS(es):

Judge:   Hon. Hilda G. Tagle

David Cota

AUSA: Nancy L. Masso

Eduardo Duran Garcia

Opposing Counsel: Lupe Olvera

Held at: Third Floor, Federal Courthouse, 600 E. Harrison, Brownsville, Texas

Date: October 15, 2001

Court Trial:__ Jury Trial:__ Hearing:  X 

Exhibit List of the United States of America

# EXHIBIT LIST

Page  1  of  1 

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Customs Export Subpoena Issued May 1, 2001, including attachments (certified mail receipt and Shipper's Export Declaration dated April 3, 2001) | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

# CUSTOMS EXPORT ENFORCEMENT SUBPOENA

**DEPARTMENT OF THE TREASURY**
**UNITED STATES CUSTOMS SERVICE**

# SUBPOENA

TO APPEAR AND/OR PRODUCE RECORDS
BV06FR01BV0002

**1 TO (Name, Address, City, State, Zip)**

EDUARDO D. GARCIA
1293 SQUAW VALLEY #B
BROWNSVILLE, TX 78520-9255

By the service of this subpoena upon you, YOU ARE HEREBY SUMMONED AND REQUIRED TO:

(A) ☐ APPEAR before the Customs officer named in Block 2 below at the place, date, and time indicated to testify and give information.

(B) ☒ PRODUCE the records (including statements, declarations, and other documents) indicated in Block 3 below, before the Customs officer named in Block 2 at the place, date, and time indicated.

Your testimony and/or the production of the indicated records is required in connection with an investigation or inquiry to insure compliance with: 1) the Export Administration Act of 1979, as amended; 2) the Arms Export Control Act; and/or 3) _____ ; and to determine liability for any penalty, forfeiture, or other sanction arising thereunder.

Failure to comply with this subpoena will render you liable to proceedings in a U.S. District Court to enforce compliance with this subpoena as well as other sanctions.

**2 (A) NAME, TITLE, ADDRESS, AND TELEPHONE NUMBER OF CUSTOMS OFFICER BEFORE WHOM YOU ARE TO APPEAR**

Senior Special Agent David Cota Jr.
1800 Paredes Line Road
Brownsville, TX 78521
(956) 542-7831 x 142

**(B) DATE**
05/10/2001

**(C) TIME**
1400/2:00 PM

**3 RECORDS REQUIRED TO BE PRODUCED FOR INSPECTION**

All records involving an export to Mexico and Shipper's Export Declaration (attached) presented on April 3, 2001, involving Latex Gloves. In addition, any records involving AL Corporation or associates related to this shipment. In addition, all records relating to the purchase of the Latex Gloves.

Issued under authority of: section 12(a) of the Export Administration of 1979, as amended, 50 USC, App. 2411(a)(1); the Arms Export Control Act, 22 USC 2778(a); or _____

**4 NAME OF PERSON AUTHORIZED TO SERVE SUBPOENA:**

_[signature]_ or any other Customs officer.

**5 DATE OF ISSUE**
May 1, 2001

COMMISSIONER OF CUSTOMS

BY (Signature): _[signature] Randy Kuhl_

**6 NAME, TITLE, ADDRESS, AND TELEPHONE NUMBER OF PERSON ISSUING THIS SUBPOENA**

Robert Gracia
Resident Agent in Charge
1800 Paredes Line Road
Brownsville, Texas 78521

If you have any questions regarding this subpoena, contact the Customs officer identified in Block 2.

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

EDUARDO D GARCIA
1293 SQUAW VALLEY #B
BROWNSVILLE, TX
78520-9255

*Eduardo D Garcia*

4a. Article Number
RR 857 216 862 US

4b. Service Type
☒ Registered ☐ Certified
☐ Express Mail ☐ Insured
☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery
5-7-01

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)
X

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994    Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

04/03/01 14:33 ☎210 544 6999 ANGELO INTL ☒001

## SHIPPER'S EXPORT DECLARATION

OMB No. 0607-0018

| Field | Value |
|---|---|
| Exporter | ALDEAN CORPORATION, 4715 PEACHTREE CORNERS CIRCLE, NORCROSS, GA 30092 |
| Date of Exportation | 03-Apr-01 |
| Consignee | SAFETEX INTERNACIONAL SA DE CV, OLIVAR 56 COL. ALFONSO XIII, MEXICO, DF MEXICO |
| Forwarding Agent | ANGELO INTERLOGISTICS, 417 TORCH RD., ??, TX 78574 |
| State of Origin | TEXAS |
| Country of Ultimate Destination | MEXICO |
| Mode of Transport | TRUCK / OTHER |
| Carrier ID | 456 |
| Port of Unlading | TAMAULIPAS, MEX |
| Port of Export | BROWNSVILLE, TX |

| D/F | Schedule B Number | Quantity | Shipping Weight | Value (U.S.) |
|---|---|---|---|---|
| D | 4015199900 | 2300 | 0.00KG / 0.00LB | 4485.00 |
| | LATEX GLOVES | | | |

THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE WITH EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

Signature: [signed]
Title: MANAGER
Date: 17-Mar-01

The "Correct Way to Fill Out the Shipper's Export Declaration" is available from the Bureau of the Census, Washington, D.C. 20233.